584 A.2d 231

PERGAMENT DISTRIBUTORS, INC. v. NEW JERSEY PROPER-
TY–LIABILITY INSURANCE GUARANTY ASSOCIATION.

May 30, 1990.

Petition for certification denied.

584 A.2d 231

RONALD AGEE v. HOWARD L. BEYER.

May 30, 1990.

Petition for certification denied.

584 A.2d 231

GERALD BRUNO AND ALFRED BECHARD v. CITY OF
ATLANTIC CITY, ET AL.

May 30, 1990.

Petition for certification denied.  (See 239 *N.J.Super.* 469,
571 *A.*2d 1003)

584 A.2d 231

STATE OF NEW JERSEY v. FRANK GALLO.

May 30, 1990.

Petition for certification denied.